UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

AMERICAN GENERAL LIFE INSURANCE COMPANY,

    Plaintiff,

v.

CHRISTI LYNCH,
MICHELE AMOROSO and
AMERICAN FUNERAL FINANCIAL, LLC,

    Defendants.

Case No. 5:25-CV-00223-M

## ORDER FOR CLERK'S ENTRY OF DEFAULT

Plaintiff American General Life Insurance Company seeks entry of default against Defendant American Funeral Financial, LLC. Defendant American Funeral Financial is in default, having been served with process and having failed to plead or otherwise defend in this cause as required by law. Now, therefore, in accordance with Fed. R. Civ. P. 55(a); Default is hereby entered in favor of Plaintiff American General Life Insurance Company and against Defendant American Funeral Financial, LLC on the Complaint (Doc. 1), this __21__ day of July 2025.

UNITED STATES DISTRICT COURT CLERK

By: _____
    Peter A. Moore, Jr.